UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Susan Knisely,

        Plaintiff

v.

Office of the Assistant Attorney General Criminal Division,

        Defendant

Case No.: 2:23-cv-0821-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF Nos. 1, 11]

Because it appeared that neither the plaintiff nor the defendant is domiciled in Nevada, the magistrate judge ordered the plaintiff to show cause why this case should not be dismissed or transferred.[1] Although the plaintiff responded, she was unable to establish that Nevada is a proper venue for this action, so the magistrate judge recommends that this case be dismissed without prejudice.[2] The deadline for the plaintiff to object to that report and recommendation (R&R) passed without objection or a motion to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 11] is ADOPTED**. This action is DISMISSED without prejudice, and the Clerk of Court is directed to CLOSE THIS CASE.

---

[1] ECF No. 5.

[2] ECF No. 11.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* **[ECF No. 1] is DENIED** without prejudice as moot.

_____
U.S. District Judge Jennifer A. Dorsey
July 26, 2023